■ E.W. TOMPKINS COMPANY, INC., Respondent, v STATE OF NEW YORK, Appellant. [727 NYS2d 373] —Appeal from an order of the Court of Claims (Corbett, Jr., J.), entered June 19, 2000, which granted claimant's motion to present newly discovered evidence.

Upon our review of the record, we are unable to conclude that the Court of Claims abused its discretion in granting claimant's motion. Accordingly, we affirm.

Crew III, J. P., Peters, Carpinello, Rose and Lahtinen, JJ., concur. Ordered that the order is affirmed, without costs.